*Harry G. Anderson* for appellant.

*Miles F. McDonald, District Attorney (Henry J. F. Davey* of counsel), for respondents.

Judgments reversed and information dismissed on the ground that the evidence did not warrant a finding of the guilt of the defendant beyond a reasonable doubt. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAUVHAN JACKSON, Appellant.

Argued October 15, 1947; decided November 21, 1947.

*Henry P. Lipscomb, Sr., John R. Starkey* and *Henry P. Lipscomb, Jr.,* for appellant.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

CATHERINE M. CLAESSENS, Individually and as Guardian ad Litem of ANTONITA M. LAURENCE, an Infant, Respondents, *v.* CITY OF TROY, Appellant.

Argued November 14, 1947; decided November 21, 1947.